# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerome Talley,<br><br>　　Plaintiff<br><br>v.<br><br>Clerks of the District Court citizens of the State of Nevada,<br><br>　　Defendant | Case No.: 2:16-cv-02878-JAD-GWF<br><br>**Order Adopting Report and Recommendation; Granting Pauper Application; and Dismissing Case With Prejudice**<br><br>[ECF Nos. 1, 3] |

Pro se plaintiff Jerome Talley sues the clerks of the Eighth Judicial District Court of Nevada for violating the Privileges and Immunities Clause of the United States Constitution by failing to file documents that he had submitted to the court.[1] He alleges that the clerks told him that they would not file documents until a judge allowed them to be filed.[2] Mr. Talley also applies to proceed *in forma pauperis*.[3] Magistrate Judge Foley granted Talley's pauper application and recommends that I dismiss Talley's complaint with prejudice for failure to state a claim upon which relief may be granted.[4]

Magistrate Judge Foley issued his report and recommendation on May 25, 2018, making June 8, 2018, the deadline to file objections.[5] That deadline is now four-days expired, and Talley has not objected. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[6] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED**. Talley's

---

[1] ECF No. 1-1.

[2] *Id.*

[3] ECF No. 1.

[4] ECF No. 3.

[5] *Id.*

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

pauper application **[ECF No. 1] is GRANTED**, but all of his claims are **DISMISSED with prejudice**. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

Dated: June 12, 2018

_____
U.S. District Judge Jennifer A. Dorsey